

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK

LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL PANTALONY**
Tel: (212) 356-8761
mpantalo@law.nyc.gov

March 30, 2020

**VIA ECF**
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Center Street, Rm. 2202
New York, NY 10007

        Re:    *V.B. et al. v. N.Y.C. Dep't of Educ.,* 19-cv-11226 (JMF) (GWG)

Dear Judge Furman:

      I am a Special Assistant Corporation Counsel in the office of Corporation Counsel James E. Johnson, attorney for Defendants in the above-referenced action. I write to respectfully request: 1) a 60-day extension of Defendants' time to respond to the Complaint, from April 3, 2020 to June 2, 2020; and 2) a 60-day adjournment of the conference currently scheduled for April 22, 2020 at 3:15 p.m. (ECF No. 20) to the week of June 22, 2020 or to a date convenient for the Court. Plaintiff consents to these requests. This is Defendants' third request for an extension of time to respond to the Complaint and first request to adjourn the conference.

      On January 30, 2020, the Court granted Defendants' second request to extend the time to respond to the Complaint, from February 3, 2020 to April 3, 2020. (ECF No. 22) As indicated in the parties' joint letter dated January 10, 2020 (ECF No. 19), earlier this month Defendants produced information to Plaintiff on the services the New York City Department of Education ("DOE") provided to the student from 2016 through January 2020. As a result, the parties have started settlement discussions.

      Given the current situation with COVID-19, including the closure of the DOE's public schools now until at least the end of April, the DOE is currently devoting virtually all of its energies to developing remote learning classes and modules so that they are in place for our school children and otherwise addressing how to support our school children during this time. Additionally, as of Monday, March 16, 2020, the undersigned counsel for Defendants has limited, if any access to the offices at 100 Church Street due to the COVID-19 epidemic and potential exposure to colleagues who have tested positive for the virus. The need to work remotely is compounding administrative delays. The additional 60 days should—barring further

extraordinary circumstances disrupting and halting court activities and DOE services—provide the parties with additional time to attempt to resolve this matter.

Therefore, Defendants respectfully request: 1) a 60-day extension of Defendants' time to respond to the Complaint to June 2, 2020; and 2) a 60-day adjournment of the conference currently scheduled for April 22, 2020 at 3:15 p.m. to a date convenient for the Court.

Thank you for considering these requests.

Respectfully submitted,

*s/*

Michael Pantalony
Special Assistant Corporation Counsel

cc: Erin O'Connor (*via* ECF)
Attorney for Plaintiff

Application GRANTED. The deadline to answer or otherwise respond to the Complaint is EXTENDED to June 2, 2020. The initial pretrial conference, previously scheduled for April 22, 2020, is ADJOURNED to **July 1, 2020** at **3:00 p.m.** The Clerk of Court is directed to terminate ECF No. 23. SO ORDERED.

March 30, 2020