```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
V.B., et al.,                                        :
                                                     :     19-cv-11226 (JMF) (RWL)
                      Plaintiffs,    :
                                                     :
        - against -                         :     **ORDER**
                                                     :
NEW YORK CITY DEPARTMENT OF                          :
EDUCATION, et al.,                                   :
                                                     :
                    Defendants.    :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On August 3, 2020, Plaintiffs filed a motion to amend/correct the Complaint. (Dkt. 31.) As of the date of this order, Defendant has not responded. By August 17, 2020, Defendant shall indicate whether it consents to Plaintiffs' motion to amend.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: August 11, 2020
       New York, New York