```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
V.B., et al.,                                                   :
                                                                :   19-cv-11226 (JMF) (RWL)
                                            Plaintiffs,         :
                                                                :
             - against -                                        :   ORDER
                                                                :
NEW YORK CITY DEPARTMENT OF                                     :
EDUCATION, et al.,                                              :
                                                                :
                                            Defendants.         :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter dated August 20, 2020 concerning Plaintiff's proposed amended complaint. (Dkt. 37.) Plaintiff shall file a response by August 26, 2020.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 21, 2020
       New York, New York