UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
V.B., on behalf of herself and her child, A.B., :
:
Plaintiffs, :
:                    19-CV-11226 (JMF) (RWL)
-v- :
:                              ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION, :
et al., :
:
Defendants. :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Magistrate Judge Lehrburger's recent Order granting the parties' request for extensions to the deadlines for fact and expert discovery, ECF No. 50, the pretrial conference — currently scheduled for January 6, 2021 — is hereby RESCHEDULED to **March 31, 2021 at 3:00 p.m**. The Court's previous Order at ECF No. 48 is hereby VACATED (although the Clerk of Court need not remove it from ECF).

    SO ORDERED.

Dated: December 23, 2020
       New York, New York

                                                               JESSE M. FURMAN
                                             United States District Judge