UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
V.B., on behalf of herself and her child, A.B., :
:
Plaintiffs, :
: 19-CV-11226 (JMF) (RWL)
-v- :
: ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION, :
et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Magistrate Judge Lehrburger's recent Order granting the parties' request for extensions to the deadlines for discovery, ECF No. 53, the pretrial conference — currently scheduled for March 31, 2021 — is hereby RESCHEDULED to **June 2, 2021 at 4:15 p.m**.

      SO ORDERED.

Dated: February 23, 2021
      New York, New York

                                          JESSE M. FURMAN
                                      United States District Judge